IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL C JACOB,** | Case No. 2:10-CV-0692 FCD DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **M.T. RAMIREZ, et, al. ,** | |
| Defendants. | |

Defendants Johnson, Dunlap and Ramirez have requested a stay in the proceedings until Plaintiff Michael Jacob files his new address with the Court.

**GOOD CAUSE** appearing, **IT IS HEREBY ORDERED** that Defendants are granted a stay in the proceedings until Plaintiff files his change of address with the Court.  In addition, Defendants shall have thirty days after Plaintiff submits his address change to serve responses to Plaintiff's discovery and to take Plaintiff's deposition.  Plaintiff is cautioned that failure to

/////

/////

comply with the requirements of Local Rule 183 will result in a recommendation that this action be dismissed.

**Date:  8/5/2011**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/jacob0692.stay