IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL C. JACOB,

        Plaintiff,                No. 2:10-cv-0692 DAD (PC)

   vs.

M. T. RAMIREZ, et al.,             ORDER AND

        Defendants.           ORDER TO SHOW CAUSE

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that he has been improperly identified as a member of a prison gang. Plaintiff seeks injunctive relief requiring defendants to remove any and all identification of plaintiff as a "Crip" from all classification and critical case information documentation and to amend their regulations concerning gang identification to comply with the requirements of a federal court order.

        On July 29, 2011, defendants filed a motion to stay this action. With the motion, defendants presented evidence that plaintiff was released on parole from state prison on July 13, 2011. By order filed August 8, 2011, defendants' motion to stay was granted and this action was stayed pending plaintiff's compliance with Local Rule 183(b) concerning filing a notice of change of address. On October 17, 2011, defendants filed a motion to dismiss this action due to

1  plaintiff's failure to file a notice of change of address.  Good cause appearing, the court will, by
2  this order, set a briefing schedule with respect to defendants' motion to dismiss.  In addition,
3  plaintiff will be ordered to show cause in writing why this action should not be dismissed on the
4  ground that it has been mooted by his release from state prison.  Plaintiff is cautioned that failure
5  to comply with this order will result in a recommendation that this action be dismissed pursuant
6  to Fed. R. Civ. P. 41(b).

7          In accordance with the above, IT IS HEREBY ORDERED that within fifteen days
8  from the date of this order plaintiff shall file and serve a response to defendants' October 17,
9  2011 motion to dismiss.  With the response, plaintiff shall show cause in writing why this action
10 should not be dismissed as moot.  Failure to comply with this order will result in a
11 recommendation that this action be dismissed pursuant to Fed. R. Civ. P. 41(b).
12 DATED: October 25, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 DAD:12
jaco0692.osc